# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 14, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2462 | SAJJAD NASIR, I,<br>        Plaintiff - Appellant<br><br>v.<br><br>CHINA UNICOM, et al.,<br>        Defendants - Appellees |
| No. 26-2463 | SAJJAD NASIR, I,<br>        Plaintiff - Appellant<br><br>v.<br><br>CHINA UNICOM, et al.,<br>        Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:26-cv-00606-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley |

A preliminary review of the short records suggests that these appeals duplicate an appeal filed on July 9, 2026, and docketed in this court as Appeal No. 26-2446. A party needs only one appeal from any given judgment or order, and the others should be dismissed. *Grunt Style LLC v. TWD, LLC*, 140 F.4th 839, 845 (7th Cir. 2025); *Harris v. Bellin Mem'l Hosp.*, 13 F.3d 1082, 1083 (7th Cir. 1994). Accordingly,

**IT IS ORDERED** that the appellant shall file, on or before July 28, 2026, a brief memorandum stating why these appeals should not be dismissed as unnecessary. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.